**Exhibit A**
**Affidavit of Landon S. Raiford**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARC S. KIRSCHNER, as Trustee for the NWHI )
LITIGATION TRUST, and WILMINGTON SAVINGS FUND )
SOCIETY, FSB, as successor indenture trustee for the 6.875% )
Senior Notes due 2019, the 8.25% Senior Notes due 2019, and )
the 6.125% Senior Notes due 2034 of Nine West Holdings, )
Inc., )
) No. 20-cv-04287(JSR)
Plaintiffs, )
)
-against- )
)
SIDNEY KIMMEL, THE SIDNEY KIMMEL REVOCABLE )
INDENTURE OF TRUST, JOHN D. DEMSEY, MATTHEW )
H. KAMENS, JAMES A. MITAROTONDA, BARINGTON )
COMPANIES EQUITY PARTNERS, L.P., BARINGTON )
COMPANIES INVESTORS, LLC, JEFFREY D. )
NUECHTERLEIN, LOWELL W. ROBINSON, JOSEPH T. )
DONNALLEY, AIDA TEJERO-DECOLLI, ALLIANZ )
GLOBAL INVESTORS OF AMERICA LP, AMERICAN )
FAMILY MUTUAL INSURANCE CO., AMERICAN )
INTERNATIONAL GROUP INC., AMY RAPAWY, )
ANTHEM HEALTH PLANS OF VIRGINIA, INC., )
BARBARA KREGER, BLUECREST CAPITAL )
MANAGEMENT LTD., CALVERT VARIABLE )
PRODUCTS, INC. (CALVERT VP RUSSELL 2000 SMALL )
CAP INDEX PORTFOLIO), CHI OPERATING )
INVESTMENT PROGRAM, LP, CHRYSLER WORLD IMI )
EQUITY INDEX – ND, COMMUNITY INSURANCE )
COMPANY, CREF EQUITY INDEX ACCOUNT, DANIEL )
FISHMAN, DONNA F. ZARCONE, DREMAN )
CONTRARIAN FUNDS (DREMAN CONTRARIAN SMALL )
CAP VALUE FUND), EILEEN DUNN, EMERSON )
ELECTRIC CO., EQ ADVISORS TRUST (ATM SMALL )
CAP MANAGED VOLATILITY PORTFOLIO), EQ )
ADVISORS TRUST (EQ/2000 MANAGED VOLATILITY )
PORTFOLIO), ERIC DAUWALTER, FEDERATED EQUITY )
FUNDS (FEDERATED CLOVER SMALL VALUE FUND), )
FRANCES LUKAS, FRANCIS X. CLAPS, GABELLI )
INVESTOR FUNDS INC. (THE GABELLI ABC FUND), )
GABELLI 787 FUND, INC. (ENTERPRISE MERGERS AND )
ACQUISITIONS FUND), GEORGE SHARP, GERALD )
HOOD, GREGG MARKS, GREGORY CLARK, HEATHER )
HARLAN, HEATHER ROUSSEL, JAMES CAPIOLA, )
JAMES CHAN, JAMES T. OSTROWSKI, JAMIE )

CYGIELMAN, JANET CARR, JANICE BROWN, JODI G. )
WRIGHT, JOSEPH A. ROSATO, JOSEPH STAFINIAK, )
JPMORGAN SYSTEMATIC ALPHA FUND, KATHERINE )
BUTLER, KATHLEEN NEDOROSTEK KASWELL, KBC )
EQUITY FUND – FALLEN ANGELS, KBC EQUITY FUND )
– LEISURE AND TOURISM, KBC EQUITY FUND – )
STRATEGIC SATELLITES, KIMBERLY THOMAS, )
LARISSA SYGIDA, LINCOLN VARIABLE INSURANCE )
PRODUCTS TRUST (LVIP SSGA SMALL-CAP INDEX )
FUND), LYNNE BERNSTOCK, MARY E. BELLE, )
METROPOLITAN LIFE INSURANCE CO, MITCHEL )
LEVINE, MULTIMANAGER SMALL CAP VALUE )
PORTFOLIO, NATIONWIDE MUTUAL FUNDS )
(NATIONWIDE SMALL CAP INDEX FUND), )
NATIONWIDE MUTUAL FUNDS (NATIONWIDE U.S. )
SMALL CAP VALUE FUND), NATIONWIDE VARIABLE )
INSURANCE TRUST (NVIT MULTI- MANAGER SMALL )
CAP VALUE FUND), NATIONWIDE VARIABLE )
INSURANCE TRUST (NVIT SMALL CAP INDEX FUND), )
NATIXIS SA, NICOLETTA PALMA, NORMAN R. VEIT, )
JR., ODIN ) HOLDINGS LP, OPPENHEIMER GLOBAL )
MULTI STRATEGIES FUND, PINEBRIDGE )
INVESTMENTS LP, PRINCIPAL FUNDS INC. (GLOBAL )
MULTI- STRATEGY FUND), PRINCIPAL FUNDS INC. )
(SMALLCAP VALUE FUND II), PRINCIPAL VARIABLE )
CONTRACTS FUNDS INC. (SMALLCAP VALUE )
ACCOUNT I), PROSHARES TRUST (PROSHARES )
MERGER ETF), QUANTITATIVE MASTER SERIES LLC )
(MASTER EXTENDED MARKET INDEX SERIES), RBB )
FUND, INC. (WPG PARTNERS SMALL/MICRO CAP )
VALUE FUND), ROBYN WHITNEY MILLS, ROSA )
GENOVESI, ROY CHAN, ROYCE INSTITUTIONAL, LLC )
(OPPORTUNITY PORTFOLIO), RUSSELL US SMALL )
CAP EQUITY FUND, SCOTT BOWMAN, SECURIAN LIFE )
INSURANCE CO. f/k/a MINNESOTA LIFE INSURANCE )
CO., SEI INSTITUTIONAL INVESTMENTS TRUST (SIIT )
SMALL CAP FUND), SEI INSTITUTIONAL MANAGED )
TRUST (SIMT SMALL CAP VALUE FUND), SHARON )
HARGER, STEFANI GREENFIELD, STEPHEN C. TROY, )
STUART WEITZMAN, SUSAN DUFFY, SUSQUEHANNA )
INTERNATIONAL GROUP LLP, SUZANNE KARKUS, )
TALCOTT RESOLUTION LIFE INSURANCE CO., TFS )
CAPITAL LLC, THE ARBITRAGE EVENT-DRIVEN )
FUND, THE GDL FUND, TIAA-CREF FUNDS, TIAA-CREF )
FUNDS (TIAA-CREF EQUITY INDEX FUND), TIAA-CREF )
FUNDS (TIAA-CREF SMALL-CAP BLEND INDEX FUND), )

| | |
|---|---|
| TOUCHSTONE FUNDS GROUP TRUST (TOUCHSTONE ARBITRAGE FUND), TOUCHSTONE FUNDS GROUP TRUST (TOUCHSTONE MERGER ARBITRAGE FUND), TWO SIGMA INVESTMENTS LP, UNIFIED SERIES TRUST (SYMONS SMALL CAP INSTITUTIONAL FUND), VALUED ADVISERS TRUST (FOUNDRY PARTNERS FUNDAMENTAL SMALL CAP VALUE FUND), VANGUARD INDEX FUNDS (VANGUARD EXTENDED MARKET INDEX FUND), VANGUARD INDEX FUNDS (VANGUARD SMALL-CAP INDEX FUND), VANGUARD INDEX FUNDS (VANGUARD SMALL-CAP VALUE INDEX FUND), VANGUARD INDEX FUNDS (VANGUARD TOTAL STOCK MARKET INDEX FUND), VANGUARD INSTITUTIONAL INDEX FUNDS (VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX FUND), VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX TRUST, VANGUARD INTERNATIONAL EQUITY INDEX FUNDS (VANGUARD TOTAL WORLD STOCK INDEX FUND), VANGUARD RUSSELL 2000 VALUE INDEX TRUST, VANGUARD SCOTTSDALE FUNDS (VANGUARD RUSSELL 2000 INDEX FUND), VANGUARD SCOTTSDALE FUNDS (VANGUARD RUSSELL 2000 VALUE INDEX FUND), VANGUARD VALLEY FORGE FUNDS (VANGUARD BALANCED INDEX FUND), VANGUARD WORLD FUND (VANGUARD CONSUMER DISCRETIONARY INDEX FUND), WAYNE KULKIN, and ZINE MAZOUZI, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF LANDON S. RAIFORD IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *Pro Hac Vice*

I, Landon S. Raiford, declare under penalty of perjury under 28 U.S.C. §1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with the law firm of Jenner & Block LLP, resident in its Chicago office.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned action to appear on behalf of Defendant Two Sigma Investments LP.

3. As shown in the certificate of good standing attached hereto as Exhibit B, I am a member in good standing the bar of the state of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. For the foregoing reasons, I respectfully request that I be permitted to appear as counsel in this case for Two Sigma Investments LP.

Dated: Chicago, Illinois
June 24, 2020

/s/ _Landon S. Raiford_
Landon S. Raiford

Subscribed and Sworn to before me this 24th day of June, 2020

_Patricia A. Dusing_
Notary Public

OFFICIAL SEAL
PATRICIA A DUSING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/03/20