UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
IN RE: NINE WEST LBO SECURITIES           :
LITIGATION                                :
                                          :         ORDER
Pertains to:                              :         20-md-2941
                                          :         20-cv-4433
Kirschner, et al. v. Advisors Series      :         20-cv-4287
Trust, et al.                             :
                                          :
Kirchner, et al. v. Kimmel, et al.        :
                                          :
------------------------------------------x

JED S. RAKOFF, U.S.D.J.

    On May 28, 2025, the Court held a telephonic conference with counsel for all parties in the above-captioned cases present. In this conference, the parties informed the Court of their availability for a trial of plaintiffs' remaining intentional fraudulent conveyance claims. In accordance with counsels' stated preferences, the Court hereby sets a trial date for August 11 through August 15, 2025.

    SO ORDERED.

Dated:   New York, NY

        May 28, 2025                          JED S. RAKOFF, U.S.D.J.

1